UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

WALTER S. LANGSTON,

    Plaintiff,

    v.

WARDEN FINN, et. al.,

    Defendants.

NO. CV-08-2475-EFS (PC)

**ORDER REQUIRING PLAINTIFF TO SUBMIT PRISON TRUST ACCOUNT STATEMENT WITHIN 60 DAYS**

Before the Court is *pro se* state prisoner Plaintiff Walter S. Langston's Application to Proceed In Forma Pauperis (Ct. Rec. 5), filed November 5, 2008. Plaintiff asserts that he is unable to pay the full $350.00 filing fee or provide the necessary security. After review, the Court is unable to rule on Plaintiff's IFP Application because he did not submit a certified prison trust account statement as is required by 28 U.S.C. § 1915(a)(2).

Accordingly, **IT IS HEREBY ORDERED:** Within sixty (60) days of the date of service of this Order, Plaintiff shall submit a new IFP Application. The IFP Application's "Certificate" section must be completed by the institution of incarceration and contain a certified copy of Plaintiff's prison trust account statement for the six-month period immediately preceding the filing of his complaint. The Court **will**

ORDER * 1

**not** screen Plaintiff's complaint until a proper IFP Application is received.  The Court cautions Plaintiff that failure to comply with this Order may result in dismissal of this action.

   **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

   **DATED** this  13th    day of January 2009.

                              S/ Edward F. Shea
                              EDWARD F. SHEA
                        United States District Judge

C:\WINDOWS\Temp\notes101AA1\ED.CA.08.2475.No.Sign.IFP.wpd

ORDER * 2