UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| WALTER S. LANGSTON,<br><br>        Plaintiff,<br><br>        v.<br><br>WARDEN FINN, et. al.,<br><br>        Defendants. | NO. CV-08-2475-EFS (PC)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On January 15, 2009, the Court directed *pro se* Plaintiff Walter S. Langston to submit a certified prison trust account statement as is required by 28 U.S.C. § 1915(a)(2) within sixty (60) days. (Ct. Rec. 12.) The Court explicitly cautioned Plaintiff that failure to do so may result in dismissal. To date, Plaintiff has not submitted the required documentation. Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's First Amended Complaint **(Ct. Rec. 4)** is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** The District Court Executive is directed to:

1. enter this Order;
2. enter **judgment** of dismissal without prejudice;

ORDER * 1

3. forward a copy of this Order to the **California Department of Corrections, Office of Legal Affairs, P.O. Box 942883, Sacramento, CA 94283-0001,** to forward to the appropriate agency having custody of Plaintiff; and

4. close the file.

**DATED** this ___23rd___ day of March 2009.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

C:\WINDOWS\Temp\notes101AA1\ED.CA.08.2475.Dismiss.wpd

ORDER * 2