UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| WALTER S. LANGSTON, | NO. CV-08-2475-EFS (PC) |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTIONS FOR RECONSIDERATION** |
| WARDEN FINN, et. al., | |
| Defendants. | |

Before the Court are pro se state prisoner Plaintiff Walter S. Langston's Motions for Reconsideration. (Ct. Recs. 18 & 19.) On January 15, 2009, the Court ordered Plaintiff to submit a prison trust account statement within sixty days or face dismissal. (Ct. Rec. 12.) Because Plaintiff failed to do so, the Court dismissed his complaint without prejudice. (Ct. Rec. 15.) Later, Plaintiff submitted the prison trust account statement, together with a note of apology from the responsible prison official for having delayed in processing Plaintiff's paperwork. (Ct. Rec. 17.) Because Plaintiff now submitted the required materials, the Court finds good cause to reopen his case.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motions for Reconsideration **(Ct. Recs. 18 & 19)** are **GRANTED**.

ORDER * 1

2. Judgment against Plaintiff **(Ct. Rec. 16)** is **VACATED**.

3. The District Court Executive is **DIRECTED** to reopen the file in this case.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to the **California Department of Corrections, Office of Legal Affairs, P.O. Box 942883, Sacramento, CA 94283-0001,** to forward to the appropriate agency having custody of Plaintiff.

**DATED** this___21st___ day of January 2010.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
United States District Judge

Q:\Civil\Other Cts\CA-ED\ED.CA.08.2475.reconsid.wpd

ORDER * 2