UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| WALTER S. LANGSTON,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN FINN, et al.,<br><br>        Defendants. | NO. CV-08-2475-EFS (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO SUBMIT STATUS UPDATE** |

The Complaint in this matter was filed on October 17, 2008, and an Amended Complaint was filed on November 5, 2008. ECF Nos. 1 & 4. On December 23, 2008, the matter was assigned to this Court. ECF No. 10. On March 27, 2009, the Court dismissed this matter without prejudice because Mr. Langston had not submitted a certified prison trust account statement as required by 28 U.S.C. § 1915(a)(2). ECF No. 15. On January 22, 2010, on Mr. Langston's motion, the Court reconsidered its dismissal ruling, vacated the judgment entered in Defendants' favor, and reopened this matter. ECF No. 20. Since that date, the only entries in the docket have related to changes of Mr. Langston's address. ECF Nos. 22 & 23.

Accordingly, **IT IS HEREBY ORDERED**: Mr. Langston shall submit a status update within **thirty (30) days of the entry of this order** stating

ORDER * 1

whether he intends to pursue the claims asserted in the Amended Complaint, ECF No. 4. If Mr. Langston wishes to pursue those claims, the Court will screen his Complaint pursuant to 28 U.S.C. § 1915A and, if appropriate, direct service of the Amended Complaint. **Mr. Langston is cautioned that if he does not submit a status update within thirty (30) days of the entry of this Order, his case will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide a copy to Plaintiff at his last known address, and forward a copy to the **California Department of Corrections, Office of Legal Affairs, P.O. Box 942883, Sacramento, CA 94283-0001,** to be forwarded to the appropriate agency having custody of Plaintiff.

    **DATED** this   29th   day of May 2012.


                      S/ Edward F. Shea
                        EDWARD F. SHEA
                United States District Judge

C:\WINDOWS\Temp\notes87944B\ED.CA.08.2475.status.lc2.wpd

ORDER * 2