UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| WALTER S. LANGSTON,<br><br>              Plaintiff,<br><br>     v.<br><br>WARDEN FINN, et al.,<br><br>              Defendants. | NO. CV-08-2475-EFS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

   This matter comes before the Court on Plaintiff Walter S. Langston's Request to File Amendment, ECF No. 26, which the Court construes as a motion to amend the Complaint. The original Complaint in this matter was filed on October 17, 2008, and an Amended Complaint was filed on November 5, 2008. ECF Nos. 1 & 4. On December 23, 2008, the matter was assigned to this Court. ECF No. 10. On March 27, 2009, the Court dismissed this matter without prejudice because Mr. Langston had not submitted a certified prison trust account statement as required by 28 U.S.C. § 1915(a)(2). ECF No. 15. On January 22, 2010, on Mr. Langston's motion, the Court reconsidered its dismissal ruling, vacated the judgment entered in Defendants' favor, and reopened this matter. ECF No. 20. On June 19, 2012, in response to the Court's Order Requiring Plaintiff to Submit Status Update, ECF No. 24, Mr. Langston informed the Court he still

ORDER * 1

wishes to pursue the claims outlined in the Amended Complaint. ECF No. 25. Mr. Langston now seeks leave of the Court to file a second amended complaint that includes a more detailed recitation of the factual allegations contained in the first Amended Complaint, ECF No. 4.

Unless it is absolutely clear that amendment would be futile, a *pro se* litigant must be given the opportunity to amend his complaint to correct any deficiencies. *Noll v. Carlson*, 809 F.2d 1446, 1448 (9th Cir. 1987). And when a party seeks to amend a civil pleading with leave of the Court, "[t]he Court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Accordingly, Mr. Langston may submit an amended complaint within **sixty (60) days** of the date of this Order, which the Court will screen pursuant to 28 U.S.C. § 1915A. THIS SECOND AMENDED COMPLAINT WILL OPERATE AS A COMPLETE SUBSTITUTE FOR (RATHER THAN A MERE SUPPLEMENT TO) THE PRESENT COMPLAINT. **If Mr. Langston does not file a second amended complaint within sixty (60) days of the date of this Order, the Court will screen his initial Complaint pursuant to 28 U.S.C. § 1915A.**

///
///
///
///
///
///
///
///
//
/

ORDER * 2

Accordingly, **IT IS HEREBY ORDERED**: Mr. Langston's Request to File Amendment, **ECF No. 26**, is **GRANTED**. Mr. Langston shall file a second amended complaint within **sixty (60) days** of the date of this Order. **If Mr. Langston does not file a second amended complaint within sixty (60) days of the date of this Order, the Court will screen his initial Complaint pursuant to 28 U.S.C. § 1915A.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide a copy to Plaintiff at his last known address, and forward a copy to the **California Department of Corrections, Office of Legal Affairs, P.O. Box 942883, Sacramento, CA 94283-0001**, to be forwarded to the appropriate agency having custody of Plaintiff.

**DATED** this ___30th___ day of July 2012.

           S/ Edward F. Shea
           EDWARD F. SHEA
    Senior United States District Judge

O:\Visiting Judges\08cv2475.grant.amend.lc2.073012.wpd

ORDER * 3